# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2502
LT Case No. 2021-CC-9248

_____

MICHAEL LEVY AND NUWNA
LEVY,

    Appellants,

    v.

DEERWOOD PLACE VI
CONDOMINIUMS ASSOCIATION,
INC.,

    Appellee.

_____


On appeal from the County Court for Duval County.
Emmet Fewell Ferguson, III, Judge.

P. Campbell Ford, David S. Wainer, II, and Alison A. Blake, of
Ford, Miller & Wainer, P.A., Jacksonville Beach, for Appellants.

James M. Gonzalez, William F. Cobb, and Christopher M. Cobb, of
Cobb & Gonzalez, P.A., for Appellee.

April 30, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————